THE STATE EX REL. TATE, APPELLANT, *v.* CALABRESE, JUDGE, APPELLEE.

[Cite as *State ex rel. Tate v. Calabrese,*
125 Ohio St.3d 28, 2010-Ohio-1431.]

(No. 2009–2120—Submitted March 31, 2010—Decided April 7, 2010.)

**Per Curiam.**

{¶ 1} We affirm the judgment of the court of appeals dismissing the petition of appellant, Eric Tate, for a writ of mandamus to compel appellee, Cuyahoga County Court of Common Pleas Judge Deena Calabrese, to correct his sentence. Tate has already unsuccessfully sought correction of the same sentence by raising a similar claim for writs of mandamus and prohibition. See *State ex rel. Tate v. Callahan,* Cuyahoga App. No. 85615, 2005-Ohio-1202, 2005 WL 628520. Res judicata thus bars Tate from instituting a successive writ action. *State ex rel. Essig v. Blackwell,* 103 Ohio St.3d 481, 2004-Ohio-5586, 817 N.E.2d 5, ¶ 30; *State ex rel. Carroll v. Corrigan* (2001), 91 Ohio St.3d 331, 332, 744 N.E.2d 771.

Judgment affirmed.

MOYER, C.J.,[1] and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Eric Tate, pro se.

William D. Mason, Cuyahoga County Prosecuting Attorney, and James E. Moss, Assistant Prosecuting Attorney, for appellee.

_____

1. The late Chief Justice Thomas J. Moyer participated in the deliberations in, and the final resolution of, this case prior to his death.